In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00223-CR

                                                ______________________________

 

 

                       ALFRED MORELAND RODGERS, JR.,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                         On Appeal from the 6th Judicial District Court

                                                             Lamar County, Texas

                                                            Trial
Court No. 23703

 

                                                            
                                      

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINON

 

            Alfred
Moreland Rodgers, Jr., appeals his conviction for possession of methamphetamine
in an amount of four grams or more but less than 200 grams, and sentence of
twelve years’ imprisonment.  His sole
point of error on appeal complains that his open plea of guilty was involuntary
because the trial court allegedly failed to accurately admonish him with regard
to the applicable punishment range.  

            This
same point of error was addressed in detail in our opinion of this date on
Rodgers’ appeal in cause number 06-10-00222-CR. 
For the reasons stated therein, we likewise conclude that the alleged
error has not been preserved in this case.

            We
affirm the trial court’s judgment.

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          August
15, 2011

Date Decided:             August
17, 2011

 

Do Not Publish